No. 01–5186. ANDERSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–5192. MOTES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5207. STEPHENS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5331. BOTTOSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–5332. SIMS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 01–5496. ENSIGN *v.* METROPOLITAN LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 01–5497. STEWART *v.* AYRES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5505. ANTONIO LUNA *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5514. DRAKE *v.* ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 01–5524. HOWARD *v.* CITY OF JERSEY CITY HOUSING AUTHORITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–5528. GUERRERO FLORES *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5529. ROBLES *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5530. SANDERS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–5531. SPELLER *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.